PRISONER CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** JOHN V. NORRIS

**Defendant(s):** KEITH F. JONES, etc.

**County of Residence:** WILL

**County of Residence:**

**Plaintiff's Address:**
John V. Norris
#07-5989
Will County - WCF
95 South Chicago Street
Joliet, IL 60436

**Defendant's Attorney:**

KC FILED
FEB 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV847
JUDGE GUZMAN
MAGISTRATE JUDGE ASHMAN

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham      **Date:** 02/08/2008