In the U.S. District Court
Northern District of Illinois
Eastern Division

FILED
Feb 3, 2008
FEB 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

John V. Norris (Plaintiff)

v.

(former) Will County Public Defender, Assistant Keith F. Jones (defendant)

08CV847
JUDGE GUZMAN
MAGISTRATE JUDGE ASHMAN

## Motion to stay civil action

Now comes the Plaintiff, John V. Norris, pro se, and he moves the Honorable Court to grant this motion for the following.

1. Plaintiff moves the Honorable Court to stay this civil matter until the 3rd Appellate Court finishes with Plaintiff's underlying criminal case 04-CF-1961. Wallace v Kato 127 S.Ct. 1091.

2. Plaintiff will notify the Clerk, U.S. District Court when the 3rd Appellate Court finishes it's review of the underlying Will County criminal case 04-CF-1961, and the case has been resolved in the Will County Courts. Plaintiff simply wants to avoid being time barred.

For the reasons stated, Plaintiff moves the Honorable Court to grant this motion.

John V. Norris, *John V. Norris*, DATE: 2-4-08

—PROOF OF SERVICE—

I, John V. Norris, do swear under penalty of perjury, that on the 4th day of Feb. 2008, he sent the foregoing to the Clerk, U.S. District Court, by placing it in the U.S. mail, bearing the correct address and postage.

*John V. Norris*