FILED *BB*

7/18/02

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

FEB 2 9 2008 *new*
*FEB 29, 2008*
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**IN FORMA PAUPERIS APPLICATION**
**AND**
**FINANCIAL AFFIDAVIT**

_John V. Norris_
　　　Plaintiff

v.

_Keith Jones, etc._
　　　Defendant(s)

CASE NUMBER _08-C-0847_

JUDGE _Guzman, Magistrate Asmman_

_Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:_

I, _John V. Norris_ , declare that I am the ☒plaintiff ☐petitioner ☒movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1.　Are you currently incarcerated?　　☒Yes　　☐No　　(If "No," go to Question 2)
　　I.D. # _07-5989_ ____ Name of prison or jail: _____
　　Do you receive any payment from the institution? ☐Yes ☒No　Monthly amount: _Zero_

2.　Are you currently employed?　　☐Yes　　☒No
　　Monthly salary or wages: _Zero_
　　Name and address of employer: _NA___

　　a.　If the answer is "No":
　　　　Date of last employment: _May 2007_
　　　　Monthly salary or wages: _about 2,000.ºº_
　　　　Name and address of last employer: _Coleman 26359 w 135 th st_
　　　　_Plainfield, IL 60459_

　　b.　Are you married?　　☐Yes　　☒No
　　　　Spouse's monthly salary or wages: _NA___
　　　　Name and address of employer: _NA___
　　　　_NA___

3.　Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? _Mark an X in either "Yes" or "No", and then check all boxes that apply in each category._

　　a.　Salary or wages
　　　　Amount _NA___ ____ Received by _NA___　　☐Yes　☒No

b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount NA —                              Received by NA —

c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount NA —                              Received by NA —

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                              ☐Yes    ☒No
Amount NA —                              Received by NA —

e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
Amount NA —                              Received by NA —

f.    ☐Any other sources (state source:_____)    ☐Yes    ☒No
Amount NA —                              Received by NA —

4.    Do you or anyone else living at the same address have more than $200 in cash or checking or
savings accounts?        ☐Yes    ☒No    Total amount:_____
In whose name held:    NA                    Relationship to you:    NA

5.    Do you or anyone else living at the same address own any stocks, bonds, securities or other
financial instruments?                    ☐Yes    ☒No
Property:_____            Current Value:_____
In whose name held:    NA            Relationship to you:    NA

6.    Do you or anyone else living at the same address own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____        Current value:_____
In whose name held:_____    Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
                                                                              ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____    Relationship to you:_____

8.    List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support.  If none, check here ☒No dependents
None

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: **2-25-08**

_Signature of Applicant_

John V. Norris 07-5989
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, John V. Norris, I.D.#07-5989, has the sum of $_____ on account to his/her credit at (name of institution) Will County Adult Detention Facility. I further certify that the applicant has the following securities to his/her credit: 20.18. I further certify that during the past six months the applicant's average monthly deposit was $ 66.50.
(Add all deposits from all sources and then divide by number of months).

**2-25-08**
DATE

_SIGNATURE OF AUTHORIZED OFFICER_

Mary Fran Nieman
(Print name)

rev. 7/18/02



CIMIS - Trust - Inmate Account History

Trust Menu  Main Menu  Exit  Help

CIMIS Number: 2007 ▼ 0005989

Name: NORRIS JOHN VINCENT

| Tran # | Amount | Document | Type | Date | Cleared | Uncleared |
|--------|--------|----------|------|------|---------|-----------|
| 11 | $14.87 | 34051 | COMM | 08/13/2007 | $0.46 | $0.00 |
| 10 | $2.00 | 3402COPY | PAYCHECK | 08/07/2007 | $15.33 | $0.00 |
| 9 | $4.00 | 34012COPY | BACKERR | 08/03/2007 | $17.33 | $0.00 |
| 8 | $17.95 | 34018 | COMM | 08/06/2007 | $13.33 | $0.00 |
| 7 | $4.00 | 34012COPY | PAYCHECK | 08/03/2007 | $31.28 | $0.00 |
| 6 | $15.15 | 33970 | COMM | 07/30/2007 | $35.28 | $0.00 |
| 5 | $25.00 | 106278 | CASH | 07/25/2007 | $50.43 | $0.00 |
| 4 | $17.20 | 35920 | COMM | 07/23/2007 | $25.43 | $0.00 |
| 3 | $22.37 | 35882 | COMM | 07/16/2007 | $42.63 | $0.00 |
| 2 | $40.00 | 106047 | CASH | 07/09/2007 | $65.00 | $0.00 |
| 1 | $25.00 | 105983 | CASH | 07/05/2007 | $25.00 | $0.00 |

Find Another Inmate

start



CIMIS - Trust - Inmate Account History

Trust Menu   Main Menu   Exit   Help

CIMIS Number: 2007 ▼ 0005989

Name: NORRIS, JOHN VINCENT

| Tran # | Amount | Document | Type | Date | Cleared | Uncleared |
|--------|--------|----------|------|------|---------|-----------|
| 23 | $8.51 | 34288 | COMM | 09/24/2007 | $7.06 | $0.00 |
| 22 | $21.32 | 34250 | COMM | 09/17/2007 | $15.57 | $0.00 |
| 21 | $25.00 | 115317 | CASH | 09/12/2007 | $36.89 | $0.00 |
| 20 | $12.43 | 34212 | COMM | 09/10/2007 | $11.89 | $0.00 |
| 19 | $17.74 | 34178 | COMM | 09/03/2007 | $24.32 | $0.00 |
| 18 | $25.00 | 106861 | CASH | 08/31/2007 | $42.06 | $0.00 |
| 17 | $3.00 | 34176COPY | PAYCHECK | 08/30/2007 | $17.06 | $0.00 |
| 16 | $5.00 | 34154 | MEDICAL | 08/30/2007 | $20.06 | $0.00 |
| 15 | $14.26 | 34138 | COMM | 08/27/2007 | $25.06 | $0.00 |
| 14 | $25.00 | 107111 | CASH | 08/27/2007 | $39.32 | $0.00 |
| 13 | $18.14 | 34090 | COMM | 08/20/2007 | $14.32 | $0.00 |
| 12 | $30.00 | 106469 | CASH | 08/14/2007 | $30.46 | $0.00 |

Find Another Inmate

⚠ This document was sent to the printer
Document name: 'Microsoft Word - Document1'
Printer name: \\ADFPHP LaserJet 4100 Series'
Time sent: 10:42:59 AM 2/29/2008
Total pages: 1

🔁 start



CIMIS - Trust - Inmate Account History

Trust Menu   Main Menu   Exit   Help

CIMIS Number:  2007      0005989

Name:  MORRIS, JOHN VINCENT

| Tran # | Amount | Document | Type | Date | Cleared | Uncleared |
|---|---|---|---|---|---|---|
| 35 | $7.43 | 34578 | COMM | 11/09/2007 | $42.32 | $0.00 |
| 34 | $40.00 | 107481 | CASH | 11/09/2007 | $49.75 | $0.00 |
| 33 | $3.26 | 34625 | COMM | 11/01/2007 | $9.75 | $0.00 |
| 32 | $15.72 | 34498 | COMM | 10/29/2007 | $13.01 | $0.00 |
| 31 | $28.00 | 108304 | CASH | 10/26/2007 | $28.73 | $0.00 |
| 30 | $15.86 | 34466 | COMM | 10/22/2007 | $0.73 | $0.00 |
| 29 | $14.07 | 34410 | COMM | 10/15/2007 | $16.39 | $0.00 |
| 28 | $30.00 | 118265 | CASH | 10/11/2007 | $30.76 | $0.00 |
| 27 | $5.00 | 34385 | MEDICAL | 10/09/2007 | $0.76 | $0.00 |
| 26 | $15.57 | 34380 | COMM | 10/08/2007 | $5.76 | $0.00 |
| 25 | $11.73 | 34332 | COMM | 10/01/2007 | $21.33 | $0.00 |
| 24 | $26.00 | 115601 | CASH | 09/26/2007 | $33.06 | $0.00 |

Find Another Inmate

start     Inbox - Microsoft Out...     Microsoft Excel - D...     CIMIS - Trust Menu     CIMIS - Trust - Inmat...



CIMIS - Trust - Inmate Account History

Trust Menu   Main Menu   Exit   Help

CIMIS Number: 2007   0005965
Name: NORRIS, JOHN VINCENT

| Tran # | Amount | Document | Type | Date | Cleared | Uncleared |
|---|---|---|---|---|---|---|
| 47 | $12.00 | 34643COURT | PAYCHECK | 12/27/2007 | $18.42 | $0.00 |
| 46 | $3.58 | 34832 | COMM | 12/27/2007 | $30.42 | $0.00 |
| 45 | $30.00 | 117148 | CASH | 12/28/2007 | $34.00 | $0.00 |
| 44 | $3.75 | 34758 | COMM | 12/13/2007 | $4.00 | $0.00 |
| 43 | $22.26 | 34745COURT | PAYCHECK | 12/10/2007 | $7.75 | $0.00 |
| 42 | $30.00 | 107693 | CASH | 12/05/2007 | $30.01 | $0.00 |
| 41 | $4.45 | 34704 | COMM | 12/03/2007 | $0.01 | $0.00 |
| 40 | $12.46 | 34693 | COMM | 11/29/2007 | $4.46 | $0.00 |
| 39 | $13.08 | 34671COURT | PAYCHECK | 11/27/2007 | $16.92 | $0.00 |
| 38 | $30.00 | 118716 | CASH | 11/26/2007 | $30.00 | $0.00 |
| 37 | $12.66 | 34644 | COMM | 11/23/2007 | $0.00 | $0.00 |
| 36 | $29.47 | 34822 | COMM | 11/16/2007 | $12.86 | $0.00 |

Find Another Inmate

This document was sent to the printer
Document name: 'Microsoft Word - Document1'
Printer name: '\\ADF\HP LaserJet 4100 Series'
Time sent: 10:42:50 AM  2/24/2008
Total pages: 1

start    Inbox - Microsoft Outl...    Microsoft Excel - Doc...    CIMIS - Input Menu    CIMIS - Trust - Inma...    10:42 AM



CMIS - Trust Admin

**CMIS   Trust   Inmate Account History**

Trust Menu   Main Menu   Exit   Help

CMIS Number: 2007 ▼ 0005989

Name: NORRIS, JOHN VINCENT

| Tran # | Amount | Document | Type | Date | Cleared | Uncleared |
|--------|--------|----------|------|------|---------|-----------|
| 59 | $32.88 | 36042 | COMM | 02/04/2008 | $7.24 | $0.00 |
| 58 | $10.00 | 36040COURT | PAYCHECK | 02/01/2008 | $40.12 | $0.00 |
| 57 | $12.38 | 36009 | COMM | 01/29/2008 | $50.12 | $0.00 |
| 56 | $50.00 | 115767 | CASH | 01/28/2008 | $62.50 | $0.00 |
| 55 | $6.00 | 35988COURT | PAYCHECK | 01/23/2008 | $12.50 | $0.00 |
| 54 | $1.50 | 35988COPY | PAYCHECK | 01/23/2008 | $18.50 | $0.00 |
| 53 | $20.00 | 115665 | CASH | 01/23/2008 | $20.00 | $0.00 |
| 52 | $1.54 | 35967 | COMM | 01/21/2008 | $0.00 | $0.00 |
| 51 | $29.10 | 34920 | COMM | 01/14/2008 | $1.54 | $0.00 |
| 50 | $20.00 | 117459 | CASH | 01/11/2008 | $30.64 | $0.00 |
| 49 | $10.15 | 34866 | COMM | 01/07/2008 | $0.64 | $0.00 |
| 48 | $7.63 | 34870 | COMM | 01/03/2008 | $10.79 | $0.00 |

**Find Another Inmate**

start   Inbox - Microsoft Out...   Microsoft Excel - Stati...   CMIS - Trust Menu   CMIS - Trust - Inma...



CIMS - Trust Inmate Account History

Trust Menu   Main Menu   Exit   Help

CIMIS Number: 2007 ▼ 0005989

Name: NORRIS, JOHN VINCENT

| Tran # | Amount | Document | Type | Date | Cleared | Uncleared |
|--------|--------|----------|------|------|---------|-----------|
| 62 | $20.00 | 116415 | CASH | 02/22/2008 | $20.18 | $0.00 |
| 61 | $27.06 | 39111 | COMM | 02/13/2008 | $0.18 | $0.00 |
| 60 | $20.00 | 116032 | CASH | 02/08/2008 | $27.24 | $0.00 |
| 59 | $32.88 | 38842 | COMM | 02/04/2008 | $7.24 | $0.00 |
| 58 | $10.00 | 36040COURT | PAYCHECK | 02/01/2008 | $40.12 | $0.00 |
| 57 | $12.38 | 36005 | COMM | 01/29/2008 | $50.12 | $0.00 |
| 56 | $50.00 | 115767 | CASH | 01/28/2008 | $62.50 | $0.00 |
| 55 | $6.00 | 35989COURT | PAYCHECK | 01/23/2008 | $12.50 | $0.00 |
| 54 | $1.50 | 35986COPY | PAYCHECK | 01/23/2008 | $18.50 | $0.00 |
| 53 | $20.00 | 115966 | CASH | 01/23/2008 | $20.00 | $0.00 |
| 52 | $1.54 | 35967 | COMM | 01/21/2008 | $0.00 | $0.00 |
| 51 | $29.10 | 34920 | COMM | 01/14/2008 | $1.54 | $0.00 |

Find Another Inmate

This document was sent to the printer
Document name: Microsoft Word - Document1'
Printer name: '\\AD\HP LaserJet 4100 Series'
Time sent: 10:44:02 AM  2/24/2008
Total pages: 1

start