BR

U.S. District Court Clerk
219 S Dearborn St
Chicago, IL 60604

F I L E D
Mar 4, 2008
MAR   4 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Feb. 28, 2008

RE: Notice of address change, 08-C-0847, 07-C-5401,
06-C-2793

To whom it may concern

   Im John V. Norris Plaintiff in the above cited cases.
Please change my address to: Branden house
Attn: John V. Norris, 333 Evergreen Manteno, IL 60950
(815) 468-6556

  Respectfully
  John V. Norris