In the United States District Court
for the Northern District of Illinois
Eastern Division

**FILED**
Mar 28, 2008
MAR 2 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

John V. Norris, Plaintiff

v.

Keith F. Jones, defendant

08-C-0847
Judge Guzman
Magistrate Asmman

## Motion to stay civil action

Now comes the Plaintiff, John V. Norris, pro se and he moves the Honorable Court to grant this motion for the following

1. Plaintiff moves the Honorable Court to order this civil action stayed. Until the Third Appellate Court completes it's review of one of his underlying cases, 04-CF-1961, Wallace v Kato 127 S.Ct. 1091.

2. Plaintiff will notify the U.S. District Court Clerk when his case 04-CF-1961 has been resolved totally. Plaintiff does not want to be time barred regarding this civil action.

For the reasons stated, Plaintiff moves the Honorable Court to grant or sustain this motion to stay civil action.

John V. Norris, *John V. Norris*, DATE: 3-24-08

---- PROOF   OF   SERVICE ----

The undersigned swears under penalty of perjury, that on the 24th day of March 2008, he sent this motion to the U.S. Dist. Court Clerk, *John V. Norris*