FILED
Mar 28, 2008
MAR 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) John V. Norris )
)   Case Number: 08-C-0847
v. )
)
Defendant(s) Keith F. Jones, etc )   Judge: Guzman/Asmman
)

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, John V. Norris, declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: Wrote letters to Law offices and Attorneys seeking representation (see attached). Unfortunately I've been ignored. None responded back to me.

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [X] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

John V. Norris                          333 Evergreen
Movant's Signature                      Street Address

3-21-08                                 Manteno, IL 60950
Date                                    City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: Manning/Cox   Case Number: 06-C-2793

Case Title: John V. Norris v Francis Ferro et al

Appointed Attorney's Name: Clifford Perry/Lindsy Elkins

If this case is still pending, please check box   [X]

---

Assigned Judge: Kendall   Case Number: 07-C-5401

Case Title: John V. Norris v Will County et al

Appointed Attorney's Name: Steven Hunter

If this case is still pending, please check box   [X]

---

Assigned Judge: NA   Case Number:

Case Title: NA

Appointed Attorney's Name: NA

If this case is still pending, please check box   [NA]

---

Assigned Judge: NA   Case Number:

Case Title: NA

Appointed Attorney's Name: NA

If this case is still pending, please check box   [NA]

Jacob J. Meister, Esq.
65 E Wacker dr, Suite 2300
Chicago, IL 60601

Stuart L. Bressler
2200 W Lawence Av.
Chicago, IL 60604

Irene K. Dymkar
300 W Adams
Chicago, IL 60601

Rubin & Norris, LLC
205 W Wacker dr, Suite 705
Chicago, IL 60606

Dusenbury & Associates P.C.
350 N Locust St, Suite E
Manteno, IL 60950

   I'm currently in a substance abuse program. I do not have the time or money to prosecute this matter. Please assign a competant civil attorney to help me?


Thank you
*John V. Norris*
John V. Norris
08-C-0847