FILED
APR - 7 2008
Apr 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

John V. Norris
Plaintiff

v.

Keith F. Jones
Defendant(s)

CASE NUMBER 08-C-0847

JUDGE Guzman

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, John V. Norris, declare that I am the ☒plaintiff ☐petitioner ☐movant (other NA) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?   ☐Yes   ☒No   (If "No," go to Question 2)
   I.D. # NA _____ Name of prison or jail: NA
   Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount: None

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: NA
   Name and address of employer: None

   a. If the answer is "No":
      Date of last employment: May 07
      Monthly salary or wages: 153.00
      Name and address of last employer: Coleman Enterprises 26359 W 135th st Plainfield, IL 60950

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: NA
      Name and address of employer: NA

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages   ☐Yes ☒No
      Amount NA   Received by NA

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes    ☒ No
Amount _____N/A_____ Received by _____N/A_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐ Yes    ☒ No
Amount _____N/A_____ Received by _____N/A_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                                                                                                           ☐ Yes    ☒ No
Amount _____N/A_____ Received by _____N/A_____

    e.    ☐ Gifts or ☐ inheritances    ☐ Yes    ☒ No
Amount _____N/A_____ Received by _____N/A_____

    f.    ☐ Any other sources (state source: _____N/A_____ )    ☐ Yes    ☒ No
Amount _____N/A_____ Received by _____N/A_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐ Yes ☒ No Total amount: _N/A_
In whose name held: _N/A_ Relationship to you: _N/A_

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐ Yes ☒ No
Property: _N/A_ Current Value: _N/A_
In whose name held: _N/A_ Relationship to you: _N/A_

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐ Yes ☒ No
Address of property: _N/A_
Type of property: _N/A_ Current value: _N/A_
In whose name held: _N/A_ Relationship to you: _N/A_
Amount of monthly mortgage or loan payments: _N/A_
Name of person making payments: _N/A_

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                                                                            ☐ Yes    ☒ No
Property: _N/A_
Current value: _N/A_
In whose name held: _N/A_ Relationship to you: _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____N/A_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 3-28-08

_____
Signature of Applicant

John V. Norris
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, John V. Norris, I.D.# 3504, has the sum of $ *7.00** on account to his/her credit at (name of institution) Specialized Asst.,Serv.,Branden House

I further certify that the applicant has the following securities to his/her credit: -0- . I further certify that during the past six months the applicant's average monthly deposit was $ *60.00** .

(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

3-31-2008
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

Mrs. Jacqueline F. Love
(Print name)

rev. 10/10/2007

-3-

NAME: John V. Norris

| DATE | ITEM | FOL. | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|
| 3/4 | John V. Norris | mo2/ | 20 00 | | 20 00 |
| 3/4 | John V. Norris | 4/4 | | 10 00 | 10 00 |
| 3/5 | John V. Norris | deductions | | 10 00 | 0 |
| 3/5 | John V. Norris | mo2/ | 40 00 | | 40 00 |
| 3/5 | John V. Norris | deductions | | 2 00 | 38 00 |
| 3/11 | John V. Norris | 4/4 | | 10 00 | 28 00 |
| 3/18 | John V. Norris | 4/4 | | 4 00 | 24 00 |
| 3/18 | John V. Norris | 4/4 | | 10 00 | 14 00 |
| 3/25 | John V. Norris | 4/4 | | 7 00 | 7 00 |

FORM 758-50