## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | RONALD A. GUZMÁN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0847 | **DATE** | 5/05/08 |
| **CASE TITLE** | John V. Norris (#07-5989) v. Keith F. Jones | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for leave to proceed *in forma pauperis* [#11] is denied, without prejudice. The plaintiff states on his application that he has received no income from any source whatsoever in the past twelve months. However, the accompanying financial ledger from Branden House reflects two debits in March alone. The plaintiff is granted thirty days in which to file a renewed motion for leave to proceed *in forma pauperis*. The Clerk is directed to mail the plaintiff an i.f.p. application along with a copy of this order. The plaintiff must carefully and completely fill out the form, which he is signing under penalty of perjury. Failure to comply with this order within thirty days will result in denial of leave to proceed *in forma pauperis* and summary dismissal of this case.

■ **[Docketing to mail notices.]**

mjm