*MHW*

U.S. District Court Clerk
Prisoner's correspondence
219 S Dearborn St
Chicago, IL 60604


May 27, 2008


RE: 08-C-0847, 07-C-5401,
06C-2793, Change of
address notification.

To whom it may concern

    I'm Plaintiff John V.
Norris in the above cited
cases.  This letter is to
inform you of my address
change as ordered.

    My new address is as
follows.  John V. Norris, 634
Patterson rd, Joliet Illinois 60436,
phone # (815) 723-0491


Respectfully

*John V. Norris*

      John V. Norris

**FILED**
5-30-2008
MAY 30 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT