# United States District Court

## Northern District of Illinois
### Eastern Division

NORRIS                                **JUDGMENT IN A CIVIL CASE**

            v.                                           Case Number: 08 C 847

JONES

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion for leave to file *in forma pauperis* [14] is granted. However, the complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) and Fed. R. Civ. P. 12(b)(1) for failure to state an actionable federal claim/for lack of federal subject matter jurisdiction. The case is terminated. Plaintiff's previous motion for leave to file *in forma pauperis* [6], motion for appointment of counsel [10], and motions to stay [3] and [9], are denied as moot. This dismissal counts as one of Plaintiff's three allotted dismissals under 28 U.S.C. § 1915(g).

                                                             Michael W. Dobbins, Clerk of Court

Date: 6/19/2008                                          _____

                                                              /s/ Carole Gainer, Deputy Clerk